UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) KENJI DRAYTON, a/k/a "Bigs,"<br>(2) WINSTON MCGHEE, a/k/a "Pooh,"<br>(3) HASSAN MONROE, a/k/a "Snack,"<br>(4) DEREK HART, a/k/a "Bro,"<br>(5) ERIC DAVIS, a/k/a "Bags,"<br>(6) MAURICE COATES, a/k/a "Mo,"<br>(7) DERRICK HOBSON,<br>(8) ANDRE ECHEVARRIA,<br>(9) ANTONE JEREMIAH,<br>(10) MARTIN ANGOMAS,<br>(11) MICHAEL STOKES,<br>(12) MICHAEL TOUSSAINT,<br>(13) KAREEM CHAPLIN,<br>(14) TATIANA MORRISSEY,<br>(15) RUSSELL HANKERSON,<br>(16) JARMINA KALLON,<br>(17) RENARDO WILLIAMS, and<br>(18) TARIK MUHAMMAD,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 20cr10136<br><br>Violation:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base<br>(21 U.S.C. § 846)<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

## COUNT ONE

Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine and Cocaine Base
(21 U.S.C. § 846)

The Grand Jury charges:

Between in or about June 2019 and June 2020, in Boston and Randolph, in the District of

Massachusetts, and elsewhere, the defendants,

(1) KENJI DRAYTON, a/k/a "Bigs,"
(2) WINSTON MCGHEE, a/k/a "Pooh,"
(3) HASSAN MONROE, a/k/a "Snack,"
(4) DEREK HART, a/k/a "Bro,"

1

(5) ERIC DAVIS, a/k/a "Bags,"
(6) MAURICE COATES, a/k/a "Mo,"
(7) DERRICK HOBSON,
(8) ANDRE ECHEVARRIA,
(9) ANTONE JEREMIAH, .
(10) MARTIN ANGOMAS,
(11) MICHAEL STOKES,
(12) MICHAEL TOUSSAINT,
(13) KAREEM CHAPLIN,
(14) TATIANA MORRISSEY,
(15) RUSSELL HANKERSON,
(16) JARMINA KALLON,
(17) RENARDO WILLIAMS, and
(18) TARIK MUHAMMAD,

conspired with each other and with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute and possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and

substance containing a detectable amount of cocaine base, also known as crack cocaine, a Schedule

II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1.      Upon conviction of the offense in violation of Title 21, United States Code,

Section 846, set forth in Count One, the defendants,

(1) KENJI DRAYTON, a/k/a "Bigs,"
(2) WINSTON MCGHEE, a/k/a "Pooh,"
(3) HASSAN MONROE, a/k/a "Snack,"
(4) DEREK HART, a/k/a "Bro,"
(5) ERIC DAVIS, a/k/a "Bags,"
(6) MAURICE COATES, a/k/a "Mo,"
(7) DERRICK HOBSON,
(8) ANDRE ECHEVARRIA,
(9) ANTONE JEREMIAH,
(10) MARTIN ANGOMAS,
(11) MICHAEL STOKES,
(12) MICHAEL TOUSSAINT,
(13) KAREEM CHAPLIN,
(14) TATIANA MORRISSEY,
(15) RUSSELL HANKERSON,
(16) JARMINA KALLON,
(17) RENARDO WILLIAMS, and
(18) TARIK MUHAMMAD,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result

of such offense; and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendant --

        a.   cannot be located upon the exercise of due diligence;

3

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described

in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

KAITLIN O'DONNELL
TIMOTHY E. MORAN
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: JULY 21 , 2020
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo

DEPUTY CLERK

at 4:11 PM

5